IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAYLYN APPLEGATE, ROBIN BANKS, KRISTINA BARGA, CINDY BISHOP, DONNA JO BOWLES, JOSIE BROWN, DONNA BRYANT, MOLLY BUEHLER, ROBIN BURNS, SAMANTHA CASSIDY, ROBERT CLEMENTS, JENNIFER COLLINS, RHONDA DAVIS, CHAD DENNEY, PATRICIA DRONE-MCCULLOUGH, ERIKA FOWLER, PATRICK FOWLER, DR. JOSHUA FREDERICK, RICHARD FULKERSON, MARZENA GASLAWSKI, DONNA GRANT, TRACEY HARBAUGH, BRENDA HARTMAN, KAREN HERSH, GARY HIGGINBOTHAM, MATT HORNE, SARAH HORNER, BRANDY KEHRT, HEATHER KING, MADISON KUHN, MICHELLE LANDIS, CECILIA LESCH, TERESA LESCH, JENNIFER MAUPIN, JOSHUA MILLER, TIFFANY MILLER, BETHANY MONTE, MONICA NALLEY, STEVEN OHLHEISER, SUSANA OSBORNE, CHRIS PARR, JEMAEL PARTLOW, AMANDA PISANO, ASHLEY PLOUGHE, BARBARA PLUHAR, MONICA POOLE, LEISA RANDALL, TERESA RIDLEN, BONNIE RIPBERGER, ROCHELLE ROTT, ROBERT RUNGE, TINA SNEED, DANIELLA STAFFORD, LISA STULTS, KERI STULTZ, DELLA TAYLOR, AMANDA THIERGARTNER, MILICA VRANIC, LISA WEBB, ALAYNAH WEISEND, VICTORIA WILLOUR, JODI WOLFENBARGER, ANDREW ZENTHOFER, AND JUSTON ZENTHOFER on behalf of Themselves and all those similarly situated,<br><br>          Plaintiffs, | Cause No. 1:22-cv-1097 |

|  |
|---|
| vs.<br><br>ST. VINCENT HEALTH, INC., ST. JOSEPH HOSPITAL & HEALTH CENTER, INC., ST. MARY'S HEALTH, INC., ST. MARY'S MEDICAL GROUP, LLC, ST. MARY'S WARRICK HOSPITAL, INC., ST. VINCENT ANDERSON REGIONAL HOSPITAL, INC., ST. VINCENT CARMEL HOSPITAL, INC., ST. VINCENT DUNN HOSPITAL, INC., ST. VINCENT FISHERS HOSPITAL, INC., ST. VINCENT HEART CENTER OF INDIANA, LLC, ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC., ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC. D/B/A WILLIAM K. NASSER, MD, HEALTHCARE EDUCATION AND SIMULATION CENTER, ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC. D/B/A ASCENSION HEALTH ST. VINCENT STRESS CENTER, ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC. D/B/A ASCENSION HEALTH ST. VINCENT WOMEN'S HEALTH BOUTIQUE, ST. VINCENT MEDICAL GROUP, INC., ST. VINCENT SETON SPECIALTY HOSPITAL, INC., ST. VINCENT WILLIAMSPORT HOSPITAL, INC., ASCENSION HEALTH, INC., ASCENSION HEALTH-IS, INC., ASCENSION HEALTH MINISTRY SERVICE CENTER, LLC; AND MEDXCEL FACILITIES MANAGEMENT, LLC.<br><br>Defendants. |

**APPENDIX OF EXHIBITS TO PLAINTIFFS' CLASS ACTION COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL[1]**

---

[1] Plaintiffs are utilizing many of the same Exhibits found in *Paul Halczenko, et al. v. Ascension Health, Inc., and St. Vincent Hospital and Health Care Center, Inc., d/b/a*

Plaintiffs, by counsel, submit this Appendix of Exhibits to Plaintiffs' Class Action Complaint for Damages and Demand for Jury Trial.

| Exhibit # | Docket # (from *Halczenko*) | Exhibit Description | |
|---|---|---|---|
| **PLAINTIFF'S AFFIDAVITS:** | | | |
| 1 | 9-1 | Affidavit of Dr. Paul Halczenko | NOT USED FOR COMPLAINT IN THIS CASE |
| 2 | 9-2 | Affidavit of Jennifer Jimenez | NOT USED FOR COMPLAINT IN THIS CASE |
| 3 | 9-3 | Supplemental Declaration of Jennifer Jimenez | NOT USED FOR COMPLAINT IN THIS CASE |
| 4 | 9-4 | Affidavit of Erin Nicole Gillespie | NOT USED FOR COMPLAINT IN THIS CASE |
| 4-A | 9-5 | Supplemental Declaration of Erin Nicole Gillespie | NOT USED FOR COMPLAINT IN THIS CASE |
| 5 | 9-6 | Affidavit of Kristin Evans | NOT USED FOR COMPLAINT IN THIS CASE |

---

*Ascension Health St. Vincent Hospital*, Cause No. 1:21-cv-2816-JPH-MG, specifically those exhibits identified in the Appendix of Exhibits [Dkt. 9 at 2-8], Supplemental Appendix of Exhibits [Dkt. 38 at 1-3], and the Second Supplemental Appendix of Exhibits [Dkt. 48 at 1-2]. Moreover, Plaintiffs have utilized the same numbering convention of those Exhibits found in the Appendix of Exhibits [Dkt. 9 at 2-8], Supplemental Appendix of Exhibits [Dkt. 38 at 1-3]-, and the Second Supplemental Appendix of Exhibits [Dkt. 48 at 1-2]. For any new Exhibits, Plaintiffs have continued with the numbering sequence of those Exhibits found in the Second Supplemental Appendix of Exhibits [Dkt. 48 at 2].

| | | | |
|---|---|---|---|
| 6 | 9-7 | Supplemental Declaration of Kristin Evans | NOT USED FOR COMPLAINT IN THIS CASE |
| 7 | 9-8 | Affidavit of Valerie Fralic | NOT USED FOR COMPLAINT IN THIS CASE |
| 8 | 9-9 | Supplemental Declaration of Valerie Fralic | NOT USED FOR COMPLAINT IN THIS CASE |
| **ASCENSION DOCUMENTS:** | | | |
| 9 | 9-10 | News Release – "For safety of communities, Ascension to require COVID-19 vaccination for associates", July 27, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 10 | 9-11 | Joe Impicciche (President and CEO, Ascension) Letter to Employees re COVID-19 Vaccination Mandate, July 30, 2021 | USED |
| 11 | 9-12 | Joe Impicciche (President and CEO, Ascension) Letter to Employees re: Pope Francis' statement COVID-19 vaccination and "act of love" and moral obligation, August 19, 2021 | USED |
| 12 | 9-13 | Questions and Answers about Ascension's Associate COVID-19 Vaccination Policy | USED |
| 13 | 9-14 | Richard Fogel September 2021 Video Script | NOT USED FOR COMPLAINT IN THIS CASE |
| 14 | 9-15 | Ascension Frequently asked questions: COVID vaccination | USED |

| | | | |
|---|---|---|---|
| 15 | 9-16 | Stephen Swinney Official Ascension St. Vincent Communication – "Reminder – Process for Independent Providers to Document Compliance with COVID-19 Vaccination Requirement" | NOT USED FOR COMPLAINT IN THIS CASE |
| 16 | 9-17 | Ascension Corporate Responsibility | NOT USED FOR COMPLAINT IN THIS CASE |
| **PLAINTIFF SPECIFIC DOCUMENTS:** | | | |
| **DR. PAUL HALCZENKO** | | | |
| 17 | | NOT USED | NOT USED FOR COMPLAINT IN THIS CASE |
| 18 | 9-18 | Halczenko Covid vaccination upload – noncompliant | NOT USED FOR COMPLAINT IN THIS CASE |
| 19 | 9-19 | Denial of Halczenko Religious Exemption for Covid Vaccine, Oct 1, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 20 | 9-20 | Halczenko Email to Ascension, Oct 5, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 20-A | 9-21 | Ascension Email denying Halczenko's request for religious exemption for Covid vaccination, Oct 9, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 21 | 9-22 | Halczenko Email to Ascension sending Oct 13, 2021 Letter, Oct 13, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 22 | 9-23 | Halczenko Letter to Ascension re Request for Religious Exemption, Oct 13, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |

| | | | |
|---|---|---|---|
| 22-A | 9-24 | Ascension Email denying Halczenko's request for religious exemption for Covid vaccination, Oct 15, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 23 | 9-25 | Article – "Catholic Hospital Rejects 650 Workers' Religious Exemptions From the COVID Vaccine Mandate", Oct 13, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| **NURSE PRACTITIONER JENNIFER JIMENEZ** | | | |
| 24 | | NOT USED | NOT USED FOR COMPLAINT IN THIS CASE |
| 25 | 9-26 | Jimenez Emails re Religious Exemption for Covid Vaccine Submitted, 10/9/21 – 10/11/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 26 | 9-27 | Jimenez Antibody test results, Oct 12, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 27 | 9-28 | Jimenez letter to Ascension in response to prior communication, Oct 13, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 27-A | 9-29 | Ascension Email to Jimenez re request for vaccine exemption still under review, Oct 14, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 28 | 9-30 | Jimenez email inquiring re status of additional information submitted, 10/31/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 29 | 9-31 | News Article: "Trial shows 4,500% increase in antibody levels between vaccine doses", Sept 2, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |

| | | **REGISTERED NURSE ERIN NICOLE GILLESPIE** | |
|---|---|---|---|
| 30 | 9-32 | Denials of Gillespie Religious Exemption requests for Influenza and Covid vaccines, 10/6/21-10/7/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 31 | 9-33 | Gillespie Submission emails and Appeal Letter re Covid and Influenza vaccines, 10/13/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 32 | 9-34 | Denials of Gillespie Religious Exemption for Covid and Influenza vaccine requests, 10/15/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 33 | 9-35 | Approval of Gillespie Religious Exemption for Influenza Vaccine, 11/1/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| | | **REGISTERED NURSE KRISTIN EVANS** | |
| 34 | 9-36 | Kristin Evans' Submission of Religious Exemption for Covid Vaccine, 8/18/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 35 | 9-37 | Email from Ascension denying Kristin Evans' religious exemption, 10/7/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 36 | 9-38 | Traders Point Christian Church – Description of religious belief that is contrary to vaccination | NOT USED FOR COMPLAINT IN THIS CASE |
| 37 | 9-39 | Traders Point Christian Church – Description of how use of this vaccination is a violation of your moral conscience in light of this religious belief | NOT USED FOR COMPLAINT IN THIS CASE |
| 38 | 9-40 | Traders Point Christian Church – Description of how you live this belief in your daily life that demonstrates it is sincerely held | NOT USED FOR COMPLAINT IN THIS CASE |

| 39 | 9-41 | Kristin Evans' Affidavit of Vaccine Exemption on Religious Grounds for Health Care Workers, Oct 4, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
|---|---|---|---|
| **REGISTERED NURSE VALERIE FRALIC** | | | |
| 40 | 9-42 | COVID-19 Vaccine Exemption for Valerie Fralic | NOT USED FOR COMPLAINT IN THIS CASE |
| 41 | 9-43 | Communications re Fralic's Religious Exemption for Covid Vaccine request, 9/24/21 – 10/16/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 42 | 9-44 | Valerie Fralic's Affidavit of Vaccine Exemption on Religious Grounds for Health Care Workers, Oct. 16, 2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 43 | 9-45 | Reasons for requesting Religious Exemption for Covid-19 Vaccination | NOT USED FOR COMPLAINT IN THIS CASE |
| 44 | 9-46 | Fralic's Antibody Test Results, 11/3/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| **SCIENTIFIC PAPERS, FDA AND CDC INFORMATION** | | | |
| 45 | 9-47 | CDC Webpage – Delta Variant, What We Know About the Science, Aug. 26, 2021 | USED |
| 46 | 9-48 | Covid Data Tracker, October 27, 2021, webpages | USED |
| 47 | 9-49 | Pfizer FAQs, Oct 28, 2021, FDA webpage | USED |
| 48 | 9-50 | Moderna Covid-19 FAQs, Oct. 28, 2021, FDA webpage | USED |
| 49 | 9-51 | "Comparing SARS CoV-2 natural immunity to vaccine induced | USED |

| | | immunity: reinfections versus breakthrough infections" | |
|---|---|---|---|
| 50 | 9-52 | CDC Prison Study, Sept 24, 2021 | USED |
| 51 | 9-53 | Antibody Status and Incidence of SARS-CoV-2 Infection in Health Care Workers | NOT USED FOR COMPLAINT IN THIS CASE |
| 52 | 9-54 | What level of Neutralizing antibody protects from COVID-19? | NOT USED FOR COMPLAINT IN THIS CASE |
| 53 | 9-55 | SARS-Co-V-2 Lambda variant exhibits higher infectivity and immune resistance | USED |
| 54 | 9-56 | Community transmission and viral load kinetics of the SARS-Co-V-2 delta (B.1.617.2) variant in vaccinated and unvaccinated individuals in the UK: a prospective, longitudinal cohort study | USED |
| 55 | 9-57 | Impact and effectiveness of MRNA BNT162b2 vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalizations, and deaths following a nationwide vaccination campaign in Israel: an observational study using national surveillance data | USED |
| 56 | 9-58 | Moderna Research Study, Oct 21, 2021 | USED |
| 57 | 9-59 | Public Health England Technical Briefing, Aug 6, 2021 | USED |
| 58 | 9-60 | Safety and Efficacy of the BNT162b2 mRNA Covid-10 Vaccine through 6 Months | USED |

| 59 | 9-61 | Shedding of Infectious SARS-CoV-2 Despite Vaccination | USED |
|---|---|---|---|
| 60 | 9-62 | Transmission of Delta variant in the UK | NOT USED FOR COMPLAINT IN THIS CASE |
| 61 | 9-63 | Nursing Staffing IP Mortality Article | NOT USED FOR COMPLAINT IN THIS CASE |
| 62 | 9-64 | Staffing Shortage Article | USED |
| **IFC RULE DOCUMENTS** | | | |
| 63 | 9-65 | Article – "Healthcare-associated COVID-19 in England: a national data linkage study" | USED |
| 64 | 9-66 | Viewpoint Article, 12/1/20 – "Hospital-Acquired SARS-CoV-2 Infection, Lessons for Public Health" | USED |
| 65 | 9-67 | Jama Network Article, 9/9/20 – "Incidence of Nosocomial COVID-19 in Patients Hospitalized at a Large US Academic Medical Center | USED |
| 66 | 9-68 | PLOS Medicine Article, 10/12/21 – "Transmission of community=and hospital acquired SARS-CoV-2 in hospital settings in the UK: A cohort study | USED |
| 67 | 9-69 | Article – "State-wide Genomic Epidemiology Investigations of COVID-19 Infections in Healthcare Workers – Insights for Future Pandemic Preparedness" | USED |

| 68 | 9-70 | JAMA Network Article, 7/28/21 – "Serologic Surveillance and Phylogenetic Analysis of SARS-CoV-2 Infection Among Hospital Health Care Workers" | USED |
|---|---|---|---|
| 69 | 9-71 | AJIC Report – Occupational COVID-19 exposures and secondary cases among healthcare personnel" | USED |
| 70 | 9-72 | Jama Network Article, 3/10/20 – "Risk Factors Associated With SARS-CoV-2 Seropositivity Among US Health Care Personnel" | USED |
| 71 | 9-73 | Article – "Nursing home staff networks and COVID-19" | USED |
| **VACCINE MANDATES AT OTHER HOSPITALS** | | | |
| 72 | 9-74 | BMJ Article, 1/13/21 – "David Oliver: Could we do better on hospital acquired covid-19 in a future wave?" | USED |
| 73 | 9-75 | Newsroom Article, 2/24/21 – "Study Shows Low Risk of COVID-19 Transmission in Hospital Among Patients Undergoing Surgery" | USED |
| 74 | 9-76 | Science Daily Article, 8/24/21 – "Hospital-acquired COVID-19 tends to be picked up from other patients, not from healthcare workers" | USED |
| **ADDITIONAL AFFIDAVITS AND DOCUMENTS** | | | |
| 75 | 9-77 | Affidavit of Suzanne Haerr | USED |
| 76 | 9-78 | Affidavit of Lindsey Rentschler | USED |

| 77 | 9-79 | Affidavit of Callie Brezillac | USED |
|---|---|---|---|
| 78 | 9-80 | Brezillac Denial, 10/8/21 | NOT USED FOR COMPLAINT IN THIS CASE |
| 79 | 9-81 | IBJ Article, 9/27/21 – "Franciscan Health gives employees until Nov. 15 to get fully vaccinated" | NOT USED FOR COMPLAINT IN THIS CASE |
| 80 | 9-82 | IndyStar Article, 10/13/21 – "Hospitals offer exemption for COVID-19 vaccine mandate. Many employees took it." | USED |
| 81 | 9-83 | Declaration of Sandy Picchiottino | NOT USED FOR COMPLAINT IN THIS CASE |
| 82 | 9-84 | Janssen COVID-19 Vaccine Frequently Asked Questions | USED |
| 83 | 9-85 | Science Article, 11/2021 – "SARS-CoV-2 vaccine protection and deaths among US veterans during 2021" | USED |
| 84 | 9-86 | Ascension Indiana Leadership | NOT USED FOR COMPLAINT IN THIS CASE |
| 85 | 9-87 | Scienceinsider, 8/26/2021 – "Having SARS-CoV-2 once confers much greater immunity than a vaccine – but vaccination remains vital" | USED |
| 86 | 9-88 | The Lancet Article, 10/16/2021 – "Effectiveness of mRNA BNT162b COVID-19 vaccine up to 6 months in a large integrated health system in the USA: a retrospective cohort study" | USED |

| | | | |
|---|---|---|---|
| 87 | 9-89 | "Comparison of two highly-effective mRNA vaccines for COVID-19 during periods of Alpha and Delta variant prevalence" | USED |
| 88 | 9-90 | "Vaccinated and unvaccinated individuals have similar viral loads in communities with a high prevalence of the SARS-CoV-2 delta variant" | USED |
| 89 | 9-91 | CDC, 9/15/2021 – "Science Brief: COVID-19 Vaccines and Vaccination" | USED |
| 90 | 38-1 | December 13, 2021, Ascension Online Leaders Meeting (Unofficial Transcript) | NOT USED FOR COMPLAINT IN THIS CASE |
| 91 | 38-2 | Declaration of Dr. Jay Bhattacharya (and CV) | NOT USED FOR COMPLAINT IN THIS CASE |
| 92 | 38-3 | Declaration of Dr. Peter McCullough (and CV) | NOT USED FOR COMPLAINT IN THIS CASE |
| 93 | 38-4 | Declaration of Dr. Stephen Templeton (and CV) | NOT USED FOR COMPLAINT IN THIS CASE |
| 94 | 38-5 | Second Declaration of Dr. Paul Halczenko | NOT USED FOR COMPLAINT IN THIS CASE |
| 95 | 38-6 | Second Declaration of Nurse Practitioner Jennifer Jimenez | NOT USED FOR COMPLAINT IN THIS CASE |
| 96 | 38-7 | Second Declaration of Nurse Kristin Evans | NOT USED FOR COMPLAINT IN THIS CASE |

| | | | |
|---|---|---|---|
| 97 | 38-8 | Second Declaration of Nurse Erin Gillespie | NOT USED FOR COMPLAINT IN THIS CASE |
| 98 | 38-9 | Second Declaration of Nurse Valerie Fralic | NOT USED FOR COMPLAINT IN THIS CASE |
| 99 | 38-10 | Declaration of Tasha Braswell | NOT USED FOR COMPLAINT IN THIS CASE |
| 100 | 38-11 | Declaration of William Bock, III (and all documents referenced therein) | NOT USED FOR COMPLAINT IN THIS CASE |
| **EXHIBITS TO WILLIAM BOCK III'S DECLARATION:** | | | |
| 101 | 38-12 | Fax cover sheets and confirmation sheets showing fax transmission to the EEOC of Plaintiffs' Charges | NOT USED FOR COMPLAINT IN THIS CASE |
| 102 | 38-13 | Certified Mail receipts showing delivery to the EEOC of Plaintiffs' Charges | NOT USED FOR COMPLAINT IN THIS CASE |
| 103 | 38-14 | Plaintiffs' First Interrogatories and Requests for Production to Ascension – 11/12/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 104 | 38-15 | Plaintiffs' First Interrogatories and Requests for Production to St. Vincent – 11/12/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 105 | 38-16 | William Bock, III's Email to Opposing Counsel serving Plaintiffs' Interrogatories and Requests for Production – 11/12/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 106 | 38-17 | 2021-11-16 & 17 Counsel Email Communications | NOT USED FOR COMPLAINT IN THIS CASE |

| | | | |
|---|---|---|---|
| 107 | 38-18 | Halczenko Notice of Breach Letter 11/19/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 108 | 38-19 | Jimenez Notice of Breach Letter 11/19/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 109 | 38-20 | Bock Letter to Defendants' Counsel re Notice of Breach Letters 11/22/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 110 | 38-21 | Bock Emails to Defendants' Counsel re Notice of Breach Letters 11/22/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 111 | 38-22 | Defendants' counsel email response to Bock's 11/22/2021 Email | NOT USED FOR COMPLAINT IN THIS CASE |
| 112 | 38-23 | Ascension's Discovery Responses – 12/3/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 113 | 38-24 | St. Vincent's Discovery Responses – 12/3/2021 | NOT USED FOR COMPLAINT IN THIS CASE |
| 114 | 39-1 | Dr. Halczenko's employment contract with St. Vincent (to be filed under seal) | NOT USED FOR COMPLAINT IN THIS CASE |
| 115 | 40-1 | Jennifer Jimenez's employment contract with St. Vincent (to be filed under seal) | NOT USED FOR COMPLAINT IN THIS CASE |
| **OTHER:** | | | |
| 116 | 38-25 | Bilyeu v. UT Order, U.S. District Court, Eastern District of Tennessee, #3:21-cv-352 | NOT USED FOR COMPLAINT IN THIS CASE |

| **CLIENT THIRD SUPPLEMENT DECLARATIONS:** | | | |
|---|---|---|---|
| 117 | 48-1 | Third Supplemental Declaration of Dr. Paul Halczenko | NOT USED FOR COMPLAINT IN THIS CASE |
| 118 | 48-2 | Third Supplemental Declaration of Jennifer Jimenez | NOT USED FOR COMPLAINT IN THIS CASE |
| 119 | 48-3 | Third Supplemental Declaration of Erin Gillespie | NOT USED FOR COMPLAINT IN THIS CASE |
| 120 | 48-4 | Third Supplemental Declaration of Kristin Evans | NOT USED FOR COMPLAINT IN THIS CASE |
| 121 | 48-5 | Third Supplemental Declaration of Valerie Fralic | NOT USED FOR COMPLAINT IN THIS CASE |
| **ADDITIONAL EXHIBITS:** | | | |
| 122 | | Denial of Thiergartner's religious exemption for COVID vaccination, September 28, 2021 | USED |
| 123 | | Denial of Hartman's religious exemption for COVID vaccination, November 2, 2021 | USED |
| 124 | | Denial of Hartman's religious exemption for COVID vaccination, November 9, 2021 | USED |
| 125 | | Monte's Notice of Administrative Suspension, 1/26/2022 | USED |
| 126 | | Maupin's Notice of Breach, 11/19/2021 | USED |
| 127 | | Stafford's Notice of Breach, 11/19/2021 | USED |

| 128 | | Thiergartner's Notice of Breach, 11/19/2021 | USED |
| --- | --- | --- | --- |
| 129 | | Weisend Notice of Breach, 11/19/2021 | USED |

Dated: May 27, 2022

Respectfully Submitted,

**KROGER, GARDIS & REGAS, LLP**

/s/ William Bock, III
William Bock, III, Atty. No. 14777-49
Adam R. Doerr, Atty. No. 31949-53
Allyse E. Wirkkala, Atty. No. 31815-49

ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS

KROGER, GARDIS & REGAS, LLP
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Phone: (317) 692-900